**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

|  |  |
|---|---|
| CHRISTOPHER LEE VENTURA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GRADY, et al.,<br><br>Defendants. | No. 2:26-cv-02852-JFW-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Magistrate Judge's Report and Recommendation, Plaintiff's objections, and the record in this matter. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.    The Report and Recommendation is accepted; and

2.    Judgment is entered dismissing this case without prejudice and without leave to amend.

DATED:  April 24, 2026

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE