JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

CHRISTOPHER LEE VENTURA.

Plaintiff,

v.

CHRISTOPHER GRADY, et al.,

Defendants.

No. 2:26-cv-02852-JFW-BFM

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the action is dismissed without prejudice and without leave to amend.

DATED: April 24, 2026

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE